**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HECTOR ALVARADO, an individual, ) | Case No.: 14-CV-03280-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE MANAGEMENT ORDER |
| ) | |
| ACCURAY, INC., a California corporation; ) | |
| TIBER FOREIGN EXCHANGE; and DOES 1 ) | |
| through 10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Plaintiff's Attorney: Patricia Zamora

An initial case management conference was held on December 3, 2014. A further case management conference is scheduled for January 21, 2015, at 2 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement ("JCMS") by January 14, 2015. In their JCMS, the parties shall propose a case schedule.

Plaintiff shall file proof of service of the complaint on defendant Accuray, Inc. by December 3, 2014. Plaintiff shall file proof of service of the complaint on defendant Tiber Foreign Exchange, or in the alternative a stipulation of dismissal as to defendant Tiber Foreign Exchange, by January 2, 2015.

Plaintiff shall serve this case management order on defendants Accuray, Inc. and Tiber Foreign Exchange. Plaintiff shall file proof of service of this case management order by December 5, 2014.

**IT IS SO ORDERED.**

Dated: December 3, 2014



_____
LUCY H. KOH
United States District Judge

2

Case No.: 14-CV-03280-LHK
CASE MANAGEMENT ORDER