1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

12

HECTOR ALVARADO,

Plaintiff,

v.

ACCURAY, INC.,

Defendant.

Case No.  14-CV-03280-LHK

**CASE MANAGEMENT ORDER**

Plaintiff's Attorney: Patricia Zamora
Defendant's Attorney: John McCauley IV

A case management conference was held on January 21, 2015.  A further case management conference is set for February 25, 2015, at 2 p.m.  Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by February 18, 2015.

The parties indicated that Plaintiff will dismiss his claims against Defendant.  Accordingly, the parties shall file a stipulation of dismissal by Friday, January 23, 2015.  If the parties file a stipulation of dismissal, the Court will vacate all case dates and close the file.

1

Case No.: 14-CV-03280-LHK
CASE MANAGEMENT ORDER

United States District Court
Northern District of California

1   **IT IS SO ORDERED**.

2   Dated: January 21, 2015

3   _____

4   LUCY H. KOH
    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   2

28   Case No.: 14-CV-03280-LHK
     CASE MANAGEMENT ORDER

United States District Court
Northern District of California